**G. H. PRATHER,** v. **CITY OF KISSIMMEE,** a Florida Municipal Corporation.

22 So. (2nd) 816                      June Term, 1945

July 17, 1945                        Special Division B

*G. P. Garrett,* for appellant.

*O. S. Thacker,* for appellee.

PER CURIAM:

The decree appealed from is affirmed.

TERRELL, BROWN, THOMAS and SEBRING, JJ., concur.

CHAPMAN, C. J., not participating.

---

**CITY OF HOLLY HILL,** a municipal corporation under and by virtue of the laws of the State of Florida, v. **MILLARD B. CONKLIN.**

22 So. (2nd) 816                      June Term, 1945

July 17, 1945                        Division B

*Horn & Ossinsky* and *Harry A. Horn,* for petitioner.

*W. W. Judge* and *Millard B. Conklin,* for respondent.

PER CURIAM:

Petition for certiorari denied.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.